UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDERY HERRERA, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED

          Plaintiff,

- against -

WARNER BROS. DISCOVERY, INC.,

          Defendant.

---

24-cv-7075 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **November 18, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:   New York, New York
        September 19, 2024

                                        John G. Koeltl
                                 United States District Judge